## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

EMMA SERNA and
MIKE SERNA,

      Plaintiffs,

v.                                                                                       No. 1:20-cv-00689-JB-KRS

WILLIAM COOKSEY,
DANIEL WHITE,
DAVID WEBSTER and
MARGETTE WEBSTER,

      Defendants.

### ORDER DENYING MOTION TO CANCEL HEARING AS MOOT

**THIS MATTER** comes before the Court on *pro se* Plaintiffs' "Motion to Cancel Hearing of September 15, 2020 in State Court due to Transfer of Case CV-019-04800 to Federal Court," Doc. 29, filed September 10, 2020.  The Court denies the Motion as moot because the state court vacated the hearing scheduled for September 15, 2020 and will not proceed further until this Court rules on the removal.  *See* (Doc. 33) at 3.

IT IS SO ORDERED.

                                                                              _____
                                                                              KEVIN R. SWEAZEA
                                                                              UNITED STAGES MAGISTRATE JUDGE